

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00210-CR

_____

JOHN BUTCHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 17F0340-005

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Pursuant to a plea agreement with the State, John Butcher pled guilty to possession of a controlled substance.[1]  The trial court accepted Butcher's plea and sentenced him to ten months' incarceration.  Butcher timely filed a notice of appeal.  Because we find that we are without jurisdiction over this case as a result of Butcher's plea agreement with the State, we will dismiss this appeal for want of jurisdiction.

The Texas Legislature has granted a very limited right of appeal in plea agreement cases. Rule 25.2 of the Texas Rules of Appellate Procedure details that right as follows:

> In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant—a defendant may appeal only:
>
> > (A)    those matters that were raised by written motion filed and ruled on before trial, or
> >
> > (B)    after getting the trial court's permission to appeal.

TEX. R. APP. P. 25.2(a)(2).  This was a plea-bargain case as defined by Rule 25.2, and there is no indication in the record before this Court that Butcher either (1) filed a motion that was ruled on before trial or (2) obtained the trial court's permission to appeal.  To the contrary, the trial court's certification of Butcher's right of appeal indicates that this is a plea-bargain case in which Butcher has no right of appeal.  Pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure, this Court is required to dismiss an appeal if, as in this case, the trial court's certification indicates no right of appeal.  *See* TEX. R. APP. P. 25.2(d).

---

[1]*See* TEX. HEALTH AND SAFETY CODE ANN. § 481.115 (West 2017).

On November 16, 2017, we informed Butcher of the apparent defect in our jurisdiction over his appeal and afforded him an opportunity to respond and, if possible, cure such defect. Butcher filed a response indicating that his goal, on appeal, was not to challenge his conviction, but only to correct what he claims was an error in the amount of jail-time credit he received in the judgment. Butcher's response neither addresses nor cures the jurisdictional defect that prevents us from hearing his appeal.

Because Butcher has no right of appeal as a result of his plea agreement with the State and because the trial court's certification correctly indicates that Butcher is without a right of appeal, we dismiss this appeal for want of jurisdiction.


                                        Josh R. Morriss, III
                                        Chief Justice


Date Submitted:     December 12, 2017
Date Decided:       December 13, 2017

Do Not Publish

3